Kinsinger, Appellant, *v.* Keasbey & Mattison Company.

Argued September 19, 1960. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (GUNTHER, J., absent).

*E. C. Shapley Highley,* with him *Russell J. Brownback,* for appellant.

*Marlyn F. Smith,* with him *Alexander N. Rubin, Jr.,* and *High, Swartz, Childs & Roberts,* and *Goff & Rubin,* for appellee.

OPINION PER CURIAM, November 16, 1960:

The order of the lower court sustaining the demurrer to the scire facias sur mechanics' lien, dismissing the sci. fa., and striking off the mechanics' lien claim is affirmed on the opinion of President Judge DANNEHOWER, as reported in 22 Pa. D. & C. 2d 316.